■ In the Matter of DAVID P. FELDMAN, Petitioner, for Reinstatement.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Boomer, J. P., Pine, Balio, Lawton and Boehm, JJ.

■ In the Matter of WALTER J. LICATA, an Attorney.— Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Denman, P. J., Callahan, Green, Balio and Lawton, JJ.

■ In the Matter of VINCENT J. ROBERTO, Appellant, v CITY OF BUFFALO et al., Respondents—Motion to dismiss appeal denied as unnecessary. Memorandum: The motion is unnecessary inasmuch as the appeal was abandoned and dismissed on July 17, 1991 (see, 22 NYCRR 1000.3 [b] [2] [i]). Present— Boomer, J. P., Pine, Balio, Boehm and Davis, JJ.

■ In the Matter of the Judicial Dissolution of PENE-PENT CORPORATION, INC.—Motion for costs and sanctions granted and judgment ordered for petitioner in accordance with the following Memorandum: Respondent's counsel presented to a Justice of this court an application pursuant to CPLR 5704 (a) to vacate a warrant of commitment on the ground that the same was improperly issued ex parte. Counsel obtained an order vacating the warrant and respondent was released from jail. Inasmuch as the warrant had issued upon a final order finding his client in contempt after the completion of a hearing, counsel's conduct in bringing the application constituted frivolous conduct because "it is completely without merit in law or fact and cannot be supported by a reasonable argument for an extension, modification or reversal of existing law" (22 NYCRR 130-1.1 [c] [1]).

We therefore order that judgment be entered for petitioner against respondent's counsel in the sum of $1,095.00 representing reasonable attorney's fees for counsel's time expended in obtaining an order vacating the order erroneously granted, and, in securing an amended warrant of commitment. Present —Boomer, J. P., Pine, Balio, Davis and Doerr, JJ.

■ CRAIG GRACI, Respondent, v TERESA M. GRACI, Appellant.—Motion for extension of time to file and serve respondent's briefs denied as unnecessary (see, 22 NYCRR 1000.7 [b]). Present—Callahan, J. P., Boomer, Green, Boehm and Doerr, JJ.